The People of the State of New York, on the Complaint of James Knox, Respondent, v. David Lichtenstein, Appellant.— Judgment unanimously reversed, the complaint dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of Proving the Last Will and Testament of Gertrude Snook, Deceased. Lewis Herman, Proponent, Appellant; James F. Egan, Public Administrator, and Another, Contestants, Respondents; Minnie Schepp and Others, Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Joseph Cohn, Respondent, v. Empire Factors Corporation and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Arthur C:son Frisk, Individually and as Liquidator of Elfast Frisk & Company, Respondent, v. Timothy J. Healy, as Receiver of Henry C. Elfast and Another, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

William S. Hogan, Respondent, v. The City of New York, Appellant.— Judgment reversed, with costs, and the complaint dismissed, with costs, on the ground that in this case no breach of duty on the part of the defendant has been established. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to affirm.

Charles A. Jacobson, Jr., Respondent, v. Rhodius Koenigs Handel-Maatschappij N. V., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Thomas W. Lamont and Others, Appellants, v. The Travelers Insurance Company and Others, Defendants, Impleaded with Howard G. DeVan and Others, Respondents, and Nathan M. Hutner and Others, Intervenors, Defendants.— We find exceptional circumstances here which warrant the right granted to intervene. We do not wish to indicate, however, that other similar applications should be granted unless the necessity for additional representation is clearly shown. Order unanimously affirmed, with twenty dollars costs and disbursements. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Frieda Glatter, Appellant, for an Order against Frieda S. Miller, Industrial Commissioner, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.